# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| BEVERLY JO JONES, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>SOCIAL SECURITY ADMINISTRATION, )<br>)<br>Respondent. ) | 2:08-cv-01265-IPJ-JEO |

## **MEMORANDUM OF OPINION**

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation (doc. 2) and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be denied and dismissed. An appropriate order will be entered.

**DONE**, this the 3rd day of September 2008.

INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE